FILED
CHARLOTTE, NC
OCT 21 2010
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# MISCELLANEOUS NO. 3:10mc139

**RE: Destruction of Supplemental Juror Questionnaires**

## ORDER

**THIS MATTER** is before the Court on its own motion to assure the proper destruction of any supplemental juror questionnaires which the court may utilize for the purpose of selecting a juror.

The Clerk is directed to immediately collect all original supplemental juror questionnaires and any copies upon the conclusion of the jury selection process.

All copies are to be shredded at the end of the business day in which the jury was fully selected.

Original supplemental questionnaires shall be filed with the Jury Administrator/Jury Clerk of the Division and kept on file with the original jury records for that panel. The original supplemental juror questionnaires shall be destroyed four years after the closing of the jury wheel from which the panel was selected. The supplemental jury questionnaires shall be considered confidential records and shall not be disclosed to anyone without authorization from the presiding judge or in their absence the chief judge of the district court.

SO ORDERED this 20th day of September, 2010.

_____
Robert J. Conrad, Jr., Chief
United States District Judge

_____
Graham C. Mullen, Senior
United States District Judge

_____
Richard L. Voorhees
United States District Judge

_____
Frank D. Whitney
United States District Judge

_____
Martin Reidinger
United States District Judge